[No. 26759-4-II. Division Two. February 22, 2002.]

CRAIG A. PECK, *Appellant*, v. JAMES E. WALTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 93-2-02348-8, Christine A. Pomeroy, J., entered November 17, 2000. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 26942-2-II. Division Two. February 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BUBBA SHAWNTE DILLINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04805-2, Brian M. Tollefson, J., entered January 25, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 45309-2-I. Division One. February 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN STANDIFER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02740-8, Anthony P. Wartnik, J., entered September 20, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45669-5-I. Division One. February 25, 2002.]

LOUIS SCANNELL, *Appellant*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-19536-1, J. Kathleen Learned, J., entered November 10, 1999. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.